**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| In re: | Case No. 10-32905 |
|---|---|
| D'ANDRE ELLIS | |
| Debtors | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Curtis C. Reding, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/25/2010.

2) The plan was confirmed on 01/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 04/11/2014.

6) Number of months from filing to last payment: 42.00.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $ 48.99.

10) Amount of unsecured claims discharged without payment: $0.00.

D'ANDRE ELLIS
2745 CHEVY CHASE DR
MONTGOMERY, AL 36107

UST Form 101-13-FR-S (4/1/2009)

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,275.00 |
| Less amount refunded to debtor | $236.59 |

**NET RECEIPTS:** $13,038.41

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $604.80 |
| Other | $2.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,106.80

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCEPTANCE LOANS | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| ALA DHR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALABAMA CHILD SUPPORT PAYMEN | Priority | NA | 1,260.66 | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| BRITTANY TYMES | Priority | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,067.00 | NA | NA | 0.00 | 0.00 |
| CHAMBLESS MATH & CARR PC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 7,356.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 6,906.00 | NA | NA | 0.00 | 0.00 |
| CLERK | Unsecured | 224.00 | 224.00 | 224.00 | 224.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | 10,000.00 | 7,712.35 | 8,867.21 | 8,867.21 | 840.40 |
| CREDIT MANAGEMENT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| EASTDALE APARTMENTS | Unsecured | 3,100.00 | 1,880.76 | 1,880.76 | 0.00 | 0.00 |
| HAYNES AMBULANCE | Unsecured | 400.00 | 590.00 | 590.00 | 0.00 | 0.00 |
| INFECTIOUS DISEASE SPEC | Unsecured | NA | 191.00 | 191.00 | 0.00 | 0.00 |
| INFECTIOUS DISEASE SPEC | Unsecured | NA | 24.58 | 24.58 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 312.33 | 312.33 | 0.00 | 0.00 |
| KNOLOGY | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 779.00 | 790.11 | 790.11 | 0.00 | 0.00 |
| MAX CREDIT UNION | Unsecured | 6,668.00 | NA | NA | 0.00 | 0.00 |
| OKINUS INC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PARK PLACE APARTMENTS | Unsecured | 3,500.00 | 3,640.89 | 3,640.89 | 0.00 | 0.00 |
| PARK PLACE APARTMENTS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PARNELL & CRUM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 710.00 | 705.45 | 705.45 | 0.00 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Unsecured | NA | 1,910.80 | 1,910.80 | 0.00 | 0.00 |
| RADIOLOGY GROUP | Unsecured | NA | 35.00 | 35.00 | 0.00 | 0.00 |
| THE BELMONT APARTMENTS | Unsecured | 700.00 | 3,167.75 | 3,167.75 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| XAIVER BENFORD | Unsecured | NA | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $8,867.21 | $8,867.21 | $840.40 |
| **TOTAL SECURED:** | **$8,867.21** | **$8,867.21** | **$840.40** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$13,472.67** | **$224.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,106.80 |
| Disbursements to Creditors | $9,931.61 |
| **TOTAL DISBURSEMENTS**: | **$13,038.41** |

11) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

**UST Form 101-13-FR-S (4/1/2009)**

Dated: 06/24/2014                               By: /s/ Curtis C. Reding
Office of the Chapter 13 Trustee                          Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**