**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                    Case No. 10–32905
                                                                         Chapter 13
D'Andre Ellis

      Debtor


### NOTICE OF CASE CLOSURE WITHOUT DISCHARGE

The above referenced case is closed WITHOUT discharge. Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay fees due may result in additional collection proceedings.

If the debtor subsequently files a Motion to Reopen the Case, the debtor must pay the related and outstanding filing fees in FULL.


Dated: July 28, 2014

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court