**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                 Case No. 10–32905
                                                                      Chapter 13
D'Andre Ellis

      Debtor

**NOTICE OF CASE CLOSURE WITHOUT DISCHARGE**

The above referenced case is closed WITHOUT discharge. Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay fees due may result in additional collection proceedings.

If the debtor subsequently files a Motion to Reopen the Case, the debtor must pay the related and outstanding filing fees in FULL.

Dated: July 28, 2014

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

In re:                                                                  Case No. 10-32905-DHW
D'Andre Ellis                                                           Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 1127-2          User: dewilliam         Page 1 of 2          Date Rcvd: Jul 28, 2014
                              Form ID: nccwd          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2014.
db          +D'Andre Ellis,   2745 Chevy Chase Drive,   Montgomery, AL 36107-3140
2218882     +ACCEPTANCE LOANS,   112 BUTLER SQUARE,   GREENVILLE, AL 36037-3746
2218884     +BELMONT APARTMENTS,   3580 MCGHEE PLACE DRIVE SOUTH,   Montgomery, AL 36111-3379
2218886     +CHAMBLESS & MATH,   P.O. BOX 230759,   MONTGOMERY, AL 36123-0759
2218888      CITIFINANCIAL,   1641 PERRY HILL RD,   STE 102,   Montgomery, AL 36106-2729
2218889     +CLERK, U.S. BANKRUPTCY COURT,   P.O. BOX 1248,   MONTGOMERY, AL 36102-1248
2218890     +CREDIT ACCEPTANCE,   P.O. BOX 513,   SOUTHFIELD, MI 48037-0513
2218891     +CREDIT MANAGEMENT,   C/O CREDIT MANAGEMENT,   17070 DALLAS PY.,   DALLAS, TX 75248-1950
2218885     +Capital One Bank,   6356 Corley Road,   Norcross, GA 30071-1704
2220633     +Credit Acceptance,   25505 W 12 Mile Rd Ste 3000,   Southfield MI 48034-8331
2218893      EASTDALE APARTMENTS,   C/O RICHARD G. MOXLEY, III,   PO DRAWER 4953,   Montgomery, AL 36103-4953
2218879      EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,   Atlanta, GA 30374-0241
2218881      EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
2241676     +Eastdale Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
2258519     +HAYNES AMBULANCE,   C/O HOLLOWAY CREDIT SOLUTIONS, LLC,   PO BOX 230609,
              MONTGOMERY, AL 36123-0609
2218894     +HAYNES AMBULANCE,   2530 E. 5TH STREET,   MONTGOMERY, AL 36107-3126
2258476     +INFECTIOUS DISEASE SPECLST OF MONTGOMERY,   C/O HOLLOWAY CREDIT SOLUTIONS, LLC,   PO BOX 230609,
              MONTGOMERY, AL 36123-0609
2218895      KNOLOGY,   1241 O. G. SKINNER DRIVE,   West Point, GA 31833-1789
2218897      MAX FEDERAL CREDIT UNION,   P. O. BOX 244040,   MONTGOMERY, AL 36124-4040
2284828     +Office of the Clerk of Court,   United States Bankruptcy Court,   One Church Street,
              Montgomery, AL 36104-4018
2218899      PARK PLACE APARTMENTS,   6121 Eden East Dr,,   Montgomery, AL 36117
2218900     +PARNELL & CRUM,   Justin Matthis Parnell,   P.O. Box 2189,   MONTGOMERY, AL 36102-2189
2218901     +PORTFOLIO,   120 CORPORATE BLVD, STE 100,   Norfolk, VA 23502-4962
2258950     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 12914,
              Norfolk VA 23541-0914
2234514     +Park Place Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
2258478     +RADIOLOGY GROUP,   C/O HOLLOWAY CREDIT SOLUTIONS, LLC,   PO BOX 230609,
              MONTGOMERY, AL 36123-0609
2218880     +TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,   CHESTER, PA 19016-2000
2226816     +The Belmont Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
2218902      WELLS FARGO,   C/O CONSERVE,   PO BOX 7,   Fairport, NY 14450-0007
2218903     +XAIVER BENFORD,   205 Eastdale Rd., South, Apt. B,   Montgomery, AL 36117-3609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: dhrcscbu@dhr.alabama.gov Jul 28 2014 21:06:38
              State of Alabama, Department of Human Resources,   Department of Human Services,   PO Box 304000,
              Montgomery, AL  36130-4000
2218887      E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jul 28 2014 21:12:18      CHARTER COMMUNICATIONS,
              PO BOX 9001870,   Louisville, KY 40290-1870
2218892     +E-mail/Text: creditonebknotifications@resurgent.com Jul 28 2014 21:06:36      CREDIT ONE BANK,
              PO BOX 98873,   Las Vegas, NV 89193-8873
2313098     +E-mail/Text: bankruptcy@cavps.com Jul 28 2014 21:07:20      Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
2575456     +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Jul 28 2014 21:07:16
              JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302-7999
2293048      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2014 21:13:14      LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
2218896     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2014 21:13:14      LVNVFUNDG,
              PO BOX 10584,   Greenville, SC 29603-0584
2218898     +E-mail/Text: ABENTLEY@OKINUS.COM Jul 28 2014 21:06:22      OKINUS, INC,   157 WEST  RAILROAD DT,
              Pelham, GA 31779-1631
2261967      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2014 21:12:07
              Precision Rcvy Analytics,   c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
2282975     +E-mail/Text: rjm@ebn.phinsolutions.com Jul 28 2014 21:06:57      Rjm Acquisitions Llc,
              575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
2218883      E-mail/PDF: cbp@slfs.com Jul 28 2014 21:10:34      AMERICAN GENERAL FINANCE,   P. O. BOX 210115,
              MONTGOMERY, AL 36121-0115
2256812     +E-mail/Text: dhrcscbu@dhr.alabama.gov Jul 28 2014 21:06:38      STATE OF ALABAMA DHR,
              Alabama Child Support Payment Center,   P.O. Box 244015,   Montgomery, Alabama 36124-4015
                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Eastdale Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
cr*         +JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD, MN 56302-7999
cr*         +Park Place Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
cr*         +The Belmont Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2014                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2014 at the address(es) listed below:
           Bankruptcy Administrator    ba@almb.uscourts.gov
           Charles N. Parnell, III    on behalf of Creditor    Park Place Apartments bkrp@parnellcrum.com
           Charles N. Parnell, III    on behalf of Creditor    The Belmont Apartments bkrp@parnellcrum.com
           Charles N. Parnell, III    on behalf of Creditor    Eastdale Apartments bkrp@parnellcrum.com
           Curtis C. Reding    trustees_office@ch13mdal.com
           Jennifer M Bush    on behalf of Creditor    State of Alabama, Department of Human Resources
            jennifer.bush@dhr.alabama.gov
           Richard D. Shinbaum    on behalf of Debtor D'Andre  Ellis rshinbaum@smclegal.com,
            smclegalecf@gmail.com
                                                                            TOTAL: 7
```