IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| IN RE: | Case No. 10-32905-DHW |
|---|---|
| D'ANDRE ELLIS<br>SSN: XXX-XX-2896 | Chapter 13 |
| Debtor(s) | |

### TRUSTEE'S NOTICE OF WITHDRAWAL OF FINAL REPORT WITHOUT DISCHARGE- DOCKET # 37

COMES NOW, the Trustee, by and through the undersigned counsel, and hereby gives notice of withdrawal of Final Report Without Discharge- Docket # 37 previously filed in this case.

Respectfully submitted Tuesday, June 07, 2016.

                                              Curtis C. Reding, Jr.
                                              Standing Chapter 13 Trustee

Office of the Chapter 13 Trustee           By: /s/ *Sabrina L. McKinney*
P.O. Box 173                                         Sabrina L. McKinney
Montgomery, AL 36101-0173                Chapter 13 Staff Attorney
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of Final Report Without Discharge- Docket # 37 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Tuesday, June 07, 2016.

copy to: Debtor(s)                                    /s/ *Sabrina L. McKinney*
        Debtor(s) Attorney                           Sabrina L. McKinney
                                                                   Chapter 13 Staff Attorney