UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                Case No. 10-32905- DHW
                                        Chapter 13
D'ANDRE ELLIS,

   Debtor.

## ORDER REOPENING CASE

On June 3, 2016, the debtor filed a motion (Doc. # 41) requesting to reopen the above-styled case under §350(b). Debtor requests that the case be reopened so that the debtor may file the financial management course certificate necessary to receive a discharge. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED, and this case is REOPENED pursuant to §350(b).

Done this 6th day of June, 2016.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors

Case 10-32905   Doc 47   Filed 06/08/16   Entered 06/09/16 00:34:40   Desc Imaged
Certificate of Notice   Page 1 of 3

```
                               United States Bankruptcy Court
                                 Middle District of Alabama
In re:                                                                    Case No. 10-32905-DHW
D'Andre Ellis                                                             Chapter 13
        Debtor                          CERTIFICATE OF NOTICE
District/off: 1127-2          User: rking                 Page 1 of 2                  Date Rcvd: Jun 06, 2016
                              Form ID: pdfALL             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
db             #+D'Andre Ellis,    2745 Chevy Chase Drive,    Montgomery, AL 36107-3140
2218882         +ACCEPTANCE LOANS,    112 BUTLER SQUARE,    GREENVILLE, AL 36037-3746
2218884         +BELMONT APARTMENTS,    3580 MCGHEE PLACE DRIVE SOUTH,    Montgomery, AL 36111-3379
2218886         +CHAMBLESS & MATH,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
2218888          CITIFINANCIAL,    1641 PERRY HILL RD,    STE 102,   Montgomery, AL 36106-2729
2218889         +CLERK, U.S. BANKRUPTCY COURT,    P.O. BOX 1248,    MONTGOMERY, AL 36102-1248
2218890         +CREDIT ACCEPTANCE,    P.O. BOX 513,    SOUTHFIELD, MI 48037-0513
2218891         +CREDIT MANAGEMENT,    C/O CREDIT MANAGEMENT,    17070 DALLAS PY.,    DALLAS, TX 75248-1950
2218885         +Capital One Bank,    6356 Corley Road,    Norcross, GA 30071-1704
2220633         +Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield MI 48034-8331
2218893          EASTDALE APARTMENTS,    C/O RICHARD G. MOXLEY, III,    PO DRAWER 4953,
                  Montgomery, AL 36103-4953
2218879          EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
2218881          EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2241676         +Eastdale Apartments,    c/o Parnell & Crum, P.A.,    P.O. Box 2189,    Montgomery, AL 36102-2189
2218894         +HAYNES AMBULANCE,    2530 E. 5TH STREET,    MONTGOMERY, AL 36107-3126
2258519         +HAYNES AMBULANCE,    C/O HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                  MONTGOMERY, AL 36123-0609
2258476         +INFECTIOUS DISEASE SPECLST OF MONTGOMERY,     C/O HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                  MONTGOMERY, AL 36123-0609
2218895          KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
2218897         +MAX FEDERAL CREDIT UNION,    P. O. BOX 244040,    MONTGOMERY, AL 36124-4040
2284828         +Office of the Clerk of Court,    United States Bankruptcy Court,    One Church Street,
                  Montgomery, AL 36104-4018
2218899          PARK PLACE APARTMENTS,    6121 Eden East Dr,,    Montgomery, AL 36117
2218900         +PARNELL & CRUM,    Justin Matthis Parnell,    P.O. Box 2189,    MONTGOMERY, AL 36102-2189
2234514         +Park Place Apartments,    c/o Parnell & Crum, P.A.,    P.O. Box 2189,    Montgomery, AL 36102-2189
2258478         +RADIOLOGY GROUP,    C/O HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                  MONTGOMERY, AL 36123-0609
2282975        #+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
2218880          TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
2226816         +The Belmont Apartments,    c/o Parnell & Crum, P.A.,    P.O. Box 2189,
                  Montgomery, AL 36102-2189
2218902          WELLS FARGO,    C/O CONSERVE,    PO BOX 7,    Fairport, NY 14450-0007
2218903         +XAIVER BENFORD,    205 Eastdale Rd., South, Apt. B,    Montgomery, AL 36117-3609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: dhrcscbu@dhr.alabama.gov Jun 06 2016 21:50:24      State of Alabama, Department of Human Resources,   Department of Human Services,
                 PO Box 304000,    Montgomery, AL  36130-4000
2218887         E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jun 06 2016 21:43:44      CHARTER COMMUNICATIONS,
                 PO BOX 9001870,    Louisville, KY 40290-1870
2218892        +E-mail/Text: creditonebknotifications@resurgent.com Jun 06 2016 21:50:14      CREDIT ONE BANK,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
2313098        +E-mail/Text: bankruptcy@cavps.com Jun 06 2016 21:51:55      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
2575456         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 06 2016 21:51:50      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
2293048         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2016 21:43:04      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
2218896        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2016 21:43:40      LVNVFUNDG,
                 PO BOX 10584,    Greenville, SC 29603-0584
2218898        +E-mail/Text: ABENTLEY@OKINUS.COM Jun 06 2016 21:49:50      OKINUS, INC,   157 WEST  RAILROAD DT,
                 Pelham, GA 31779-1631
2218901        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2016 22:02:48      PORTFOLIO,
                 120 CORPORATE BLVD, STE 100,    Norfolk, VA 23502-4962
2258950        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2016 21:42:44
                 PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 12914,
                 Norfolk VA 23541-0914
2261967         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2016 21:43:40
                 Precision Rcvy Analytics,    c/o B-Line, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
2218883         E-mail/PDF: cbp@springleaf.com Jun 06 2016 21:41:51      AMERICAN GENERAL FINANCE,
                 P. O. BOX 210115,    MONTGOMERY, AL 36121-0115
2256812        +E-mail/Text: dhrcscbu@dhr.alabama.gov Jun 06 2016 21:50:24      STATE OF ALABAMA DHR,
                 Alabama Child Support Payment Center,    P.O. Box 244015,    Montgomery, Alabama 36124-4015
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 1127-2          User: rking               Page 2 of 2               Date Rcvd: Jun 06, 2016
                              Form ID: pdfALL           Total Noticed: 42
```

```
cr*          +Eastdale Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
cr*         ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court:  JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
               ST CLOUD, MN  56302-9617)
cr*          +Park Place Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,   Montgomery, AL 36102-2189
cr*          +The Belmont Apartments,   c/o Parnell & Crum, P.A.,   P.O. Box 2189,
               Montgomery, AL 36102-2189
                                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor    Park Place Apartments bkrp@parnellcrum.com
              Charles N. Parnell, III    on behalf of Creditor    The Belmont Apartments bkrp@parnellcrum.com
              Charles N. Parnell, III    on behalf of Creditor    Eastdale Apartments bkrp@parnellcrum.com
              Curtis C. Reding    trustees_office@ch13mdal.com
              Jennifer M Bush    on behalf of Creditor    State of Alabama, Department of Human Resources
               jennifer.bush@dhr.alabama.gov
              Richard D. Shinbaum    on behalf of Debtor D'Andre  Ellis rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                          TOTAL: 7

Case 10-32905    Doc 47    Filed 06/08/16    Entered 06/09/16 00:34:40    Desc Imaged
                         Certificate of Notice    Page 3 of 3